**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Bridgette Villanueva
                      Plaintiff,

v.                                     Case No.: 1:16−cv−04587
                                             Executive Committee

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 25, 2024:

      MINUTE entry before the Executive Committee: Bridgette Villanueva is a restricted filer in the Northern District of Illinois, see In Re: Bridgette Villanueva, 16−cv−04587. The Executive Committee has reviewed documents 18, 19, and 20 and denies Ms. Villanueva leave to file these submissions. Document 18 is a motion seeking leave from the Executive Committee to file a new complaint. Ms. Villanueva did not attach a new complaint to this motion for the Executive Committee to review. The submission does not allow for the Executive Committee to determine if the claim should proceed. Documents 19 and 20 were submitted on the same day and are voluminous. They appear to be duplicative. Ms. Villanueva again did not submit a complaint that the Executive Committee could review. It appears that these documents are her files regarding concerns over her credit records. Documents 19 and 20 are also not in compliance with the November 9, 2016 Executive Committee order (R.5) that requires that when Ms. Villanueva submits a complaint to be considered by the Executive Committee, it shall be accompanied by a motion captioned "Motion Seeking Leave to File Pursuant to Order of Executive Committee, and therefore the Committee denies leave to file these documents. The Order (R.5) requires that the motion shall, in addition to requesting leave to file the complaint, include a sworn statement certifying that the claims raised by or on behalf of Ms. Villanueva in the complaint are new claims never before raised in any federal court." No such motion was filed with this submission, in violation of the requirements of the Court's previous order. In addition, the orders of April 27, 2016 and November 9, 2016 remain in force and any documents submitted by or on behalf of Ms. Bridgette Villanueva shall be reviewed by the Executive Committee to determine whether they should be filed. Ms. Villanueva is warned that failure to comply with the Executive Committee orders will lead to additional sanctions, including, but not limited to additional filing restrictions, civil contempt, or monetary sanctions. The Clerk shall cause a copy of this order to be mailed to Ms. Villanueva at 1001 South State Street. Apt. #2102, Chicago, IL 60605. Such mailing shall be by certified or registered mail, return receipt requested. Mailed notice. (lw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.